No. 44,109

ELLEN J. BRICK, Individually, and ELLEN J. BRICK, as Guardian of the Estate and Person of ROBERT J. BRICK, a Minor, both doing business as BRICK'S MEN'S WEAR, *Appellants*, v. CITY OF WICHITA and THE URBAN RENEWAL AGENCY OF WICHITA, *Appellees*.

(403 P. 2d 189)

Opinion filed May 19, 1965.

*William P. Higgins*, of Wichita, argued the cause and was on the briefs for the appellants.

*Ronald H. Rogg*, of Wichita, argued the cause and was on the briefs for the appellee, The Urban Renewal Agency of Wichita.

*John Dekker*, of Wichita, was on the briefs for the appellee, City of Wichita.

Opinion of the court delivered by

SCHROEDER, J.: Upon consideration of the appeal by this court based upon the record presented in the above entitled matter, the judgment of the lower court is reversed on the ground that it erred in sustaining the appellees' motion for summary judgment. A formal opinion will be filed when prepared.

In view of our decision any application for a stay of proceedings should be addressed to the district court of Sedgwick County, Kansas.